IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ


JONATHAN DAVID ENGLAND,    )
                                  )
                  Plaintiff,    )
                                  )   **MOTION FOR EXTENSION TO TIME**
      v.                       )   **TO FILE DISPOSITVE MOTIONS**
                                    )
O. ONIYA, et al.,              )
                                  )
               Defendants.   )

NOW COME Defendants Onyia, Windley, Osborne, McCourt, and Miller ("Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully request an additional seven (7) day extension of time to file dispositive motions up through and including February 2, 2026. In support of this Motion, Defendants show the following:

1.     On January 9, 2024, Plaintiff Jonathan David England filed a Complaint in this action. [D.E. 1].

2.     On September 27, 2024, the Court completed its frivolity review in which it dismissed some of Plaintiff's claims and retained others in the individual capacities of each of the above-referenced defendants. [D.E. 14].

3.     On October 25, 2025, Plaintiff filed a motion to amend his Complaint. [D.E. 18].

4.      On November 26, 2024, Waivers of Service were filed for Defendants Onyia, Windley, Osborne and McCourt. [D.E. 19].

5.      On December 4, 2024, the Court granted Plaintiff's motion to amend, adding Nurse Miller as a Defendant. [D.E. 20].

6.      On December 4, 2024, the Court requested a Waiver of Service for Nurse Miller, which is due by February 2, 2025. [D.E. 21].

7.      On January 27, 2025, Defendants filed a motion for extension of time to file an answer or otherwise respond to Plaintiff's Complaint. [D.E. 25].

8.      On January 28, 2025, undersigned counsel filed a Notice of Appearance [D.E. 27]; and filed an amended motion for extension to file an answer or otherwise respond to Plaintiff's Complaint [D.E. 26]; and on the same day, the Court granted the extension through February 26, 2025. [D.E. 27].

9.      On January 31, 2025, a Waiver of Service was filed for Defendant Nurse Miller. [D.E. 28].

10.     On February 26, 2025, Defendants filed their Answer. [D.E. 33].

11.     On February 27, 2025, the Court issued a Scheduling Order requiring discovery to be completed by June 27, 2025, and dispositive motions to be filed by July 28, 2025. [D.E. 34].

12.     On March 4, 2025, Sunny Frothingham, attorney with NC Prison Legal Services filed a Notice of Appearance for the limited purpose of assisting Plaintiff with discovery. [D.E. 35].

13.     On April 17, 2025, undersigned counsel's office received *Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendants*, via e-mail from Plaintiff's counsel.

14.     On May 23, 2025, Defendants filed a motion for extension of time to respond to Plaintiff's discovery requests [DE-43], which the Court granted through June 16, 2025. [DE-44]

15.     On June 16, 2025, Defendants responded to Plaintiff's first set of discovery and produced 914 pages of responsive documents.

16.     On June 24, 2025, Plaintiff's counsel filed a motion to extend the discovery and motions deadlines. [DE-45]

17.     On June 30, 2025, the Court granted Plaintiff's motion, extending the discovery deadline to August 26, 2025, and motions deadline to September 25, 2025. [DE-47]

18.     On July 8, 2025, Plaintiff's counsel corresponded with undersigned counsel, regarding discovery, specifically Defendants' responses, and on July 16, 2025, undersigned counsel's office received *Plaintiff's Second Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendants*.

3

19. On August 13, 2025, undersigned counsel met with Plaintiff's counsel in person at Central Prison in order for her to obtain measurements of Plaintiff's cell.

20. On August 15, 2025, Plaintiff's counsel granted Defendants an informal extension of time to provide responses to Plaintiff's second set of discovery. Defendants then produced an additional 155 pages of responsive documents.

21. On August 25, 2025, Defendants filed a motion for extension of time to extend all deadlines. [DE-50]. The Court granted the discovery deadline through September 25, 2025, and the dispositive motions deadline through October 25, 2025. [DE-51]

22. On September 25, 2025, counsel for Plaintiff filed a consent motion for extension of time to extend deadlines. [DE- 52]. The Court granted the discovery deadline through November 10, 2025, and the dispositive motions deadline through December 11, 2025. [DE- 53]

23. On October 8, 2025, after the completion of discovery, Plaintiff's counsel filed a withdrawal of representation. [DE-54].

24. On December 11, 2025, Defendants filed a motion for extension of time to file dispositive motions, which the Court granted through January 25, 2026. [DE-59, 60].

25. Rule 6(b)(A) of the Federal Rules of Civil Procedure provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the

4

time . . . if a request is made, before the original time or its extension expires . . ." Fed. R. Civ. P. 6(b)(A).

26.     This is Defendants' second request for an extension specifically for dispositive motions, and in addition to this matter, undersigned counsel had been working on a summary judgment that was due in federal court earlier this month and is now preparing for a trial in the Office of Administrative Hearings. In addition, due to adverse weather conditions, undersigned counsel has been unable to obtain all of the necessary Declarations.

27.     This requested extension will afford the undersigned counsel a sufficient amount of time to obtain the remaining Declarations, fully brief the issues and make an adequate presentation in the Defendants' dispositive motion.

28.     This request is made in good faith, and not for any improper purpose.

29.     The deadline has not yet expired.

30.     After the completion of discovery, Attorney Frothingham withdrew as Plaintiff's counsel, and undersigned counsel has not contacted Plaintiff about an extension. However, Defendants do not believe that Plaintiff will be prejudiced by an extension for this matter.

WHEREFORE, for the reasons set forth above, and for good cause shown, Defendants respectfully request that the Court grant them an additional seven (7) day extension of time to the dispositive motion deadline to February 2, 2026.

This the 25th day January 2026

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail: cturpin@ncdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that, on this day, I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system, which automatically provides electronic notice to Plaintiff's counsel of record as follows:

       Jonathan England
       OPUS 0702210
       Alexander Correctional Institution
       633 Old Landfill Rd.
       Taylorsville, NC 28681
       PRO SE

This the 25th day of January 2026.

                       /s/ Clarence Turpin, V
                       Clarence Turpin, V
                       Assistant Attorney General