IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CT-3006-M

| | | |
|---|---|---|
| JONATHAN DAVID ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| O. ONIYA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Defendants' motion for an extension of the dispositive motions deadline. [DE-61]. For good cause shown, the motion is allowed, and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Monday, February 2, 2026**.

SO ORDERED, this the **27** day of January, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge