IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

| | |
|---|---|
| JONATHAN DAVID ENGLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR** |
| v. ) | **SUMMARY JUDGMENT** |
| ) | |
| O. ONIYA, et al., ) | |
| ) | |
| Defendants. ) | |

NOW COME Defendants Onyia, Windley, Osborne, McCourt, and Miller ("Defendants"), by and through Undersigned Counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims of alleged violations of his constitutional rights by Defendants. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes Declarations and Exhibits.

This the 2nd day of February 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6431
E-mail: cturpin@ncdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

>Jonathan England
>OPUS 0702210
>Alexander Correctional Institution
>633 Old Landfill Rd.
>Taylorsville, NC 28681
>PRO SE

This the 2nd day of February 2026.

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
