UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3006-M-RJ

| | |
|---|---|
| JONATHAN DAVID ENGLAND, Plaintiff, v. OKECHUKWU M. ONYIA, et al., Defendants. | MOTION TO COMPEL DEFENDANT'S TO PRODUCE VIDEO OBTAINED IN DISCOVERY |

NOW COMES Plaintiff Jonathan England ("Plaintiff"), pro se, and respectfully requests that the Court **Order** the Defendant's to submit the following video footage to the federal court, as this video is relevant to this action.

Plaintiff further states that during Discovery he was able to view the four (4) video files listed below. Plaintiff is diligently working on his Brief in opposition to Defendant's Motion for Summary Judgment, Opposing Statement of Material Facts, and an Appendix. Plaintiff now Moves the Court to Compel the Defendant's to turn over to the Court the following Video files:

Video File Name: SQ#3100-22-782- Nov. 28, 2022; Video File Name: SQ#3100-22-1160- Dec. 21, 2022; Video File Name: SQ#3100-22-1198- Dec. 21, 2022; Video File Name: SQ#3100-23-177- Feb. 23, 2023.

cc

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, I have caused to be served to the below named true and correct copies of the foregoing document via the DAC prison mail service and the U.S. Postal Service, postage prepaid, addressed as follows:

Mr. Peter A. Moore, Jr., Clerk of Court
United States District Court
E.D.N.C. W.D.
P.O. Box 25670
Raleigh,
N.C. 27611.

This the 19th day of February 2026.

Jon England
Jonathan England #0702210
Plaintiff
Alexander CI
633 Old Landfill Rd.
Taylorsville, N.C.
28681.