IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

| | | |
|---|---|---|
| JONATHAN DAVID ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS RESPONSE IN** |
| v. | ) | **OPPOSITION TO PLAINTIFF'S** |
| | ) | **MOTION TO COMPEL** |
| O. ONIYA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Onyia, Windley, Osborne, McCourt, and Miller ("Defendants"), by and through undersigned counsel, and submit this response in opposition to Plaintiff's "Motion to Compel Defendants to Produce Video Obtained in Discovery." [D.E. 73]. In summary, Defendants ask that the Court deny Plaintiff's motion.

Here, a motion to compel is inappropriate as this is not a discovery dispute. In Plaintiff's "Motion to Compel," he asks the Court to order Defendants to submit video files to the Court on his behalf, which were provided to Plaintiff in Discovery. While Plaintiff references these video files in his "Motion to Compel," he has not yet filed his response to Defendants' motion for summary judgment. Defendants do not object to providing relevant video footage to the Court on Plaintiff's behalf, however, this request is premature. Further, Rule 37 requires that any motion to compel include a certification

that "the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). Here, Plaintiff has not conferred or attempted to communicate with Defendant's or undersigned counsel regarding his requests prior to getting this Court involved.

Therefore, Defendants object to the Motion to Compel filed, and providing video files to the Court until after Plaintiff files his responsive motion, it is appropriate, and, further, are instructed to do so by the Court.

This the 10th day March 2026

                                              **JEFF JACKSON**
                                              **ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail: cturpin@ncdoj.gov

2

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system, which automatically provides electronic notice to Plaintiff's counsel of record as follows:

>Jonathan England
>OPUS 0702210
>Alexander Correctional Institution
>633 Old Landfill Rd.
>Taylorsville, NC 28681
>PRO SE

This the 10th day of March 2026.

>/s/ Clarence Turpin, V
>Clarence Turpin, V
>Assistant Attorney General