CC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3006-M-RJ

| | |
|---|---|
| JONATHAN DAVID ENGLAND, Plaintiff, v. OKECHUKWU M. ONYIA, et al., Defendants. | PLAINTIFF'S APPENDIX TO LOCAL RULE 56.1 OPPOSING STATEMENT OF MATERIAL FACTS |

NOW COMES Plaintiff Jonathan England ("plaintiff"), pro se, and respectfully submits this Appendix to his Local Civil Rule 56.1 Opposing Statement of Material Facts:

1. EXHIBIT 1 – Declaration of Counsel
   A. OPUS Offender Information Screen
   B. Offender External Movements
   C. Declaration of Gavin Clevesy 11/28/2022 incident
   D. Declaration of Uharu Seken Kamara Ayani Obatieiyo-Allah
   E. Sha-keeba Hudson (Letter)
   F. Declaration of Robert Williams 12/21/2022 incident
   G. Declaration of Gavin Clevesy 12/21/2022 incident

CC

H. Declaration of Robert Williams  (McCourt)

I. Declaration of Gavin Clevesy (McCourt)

J. Declaration of Lawrence Shrewsbury (Slaczka)

K. Federal Court Case involving Defendant McCourt

L. Federal Court Case involving Defendant Windley

M. Video File Name: SQ #3100-22-782-November 28, 2022

N. Osborne Grievance No. 3100-2022-BBKU2-20034

O. Video File Name: SQ #3100-22-1160-December 21, 2022

P. Video File Name: SQ #3100-22-1198-December 21, 2022

Q. Video File Name: SQ #3100-23-177-February 23, 2023

R. Defendant's Responses To Plaintiff's "First" Set of Interrogatories, etc.

S. Defendant's Responses To Plaintiff's "Second" Set of Interrogatories, etc.

T. Declaration of Plaintiff Jonathan David England

U. N.C. DAC Rules And Policies Offender Booklet

V. Photograph of Plaintiff Jonathan England (Bates 0695)

W. PREA Right To Report

X. Photographs of Padlock hanging off cell door trap (Bates 0697)

Y. U.S. Dept. of Justice Civil Rights Division (Letter)

Z. Central Prisons Background

2. EXHIBIT 2

2-A. Snack Bag Tag (Regular Diet w/Snack)

2-B. N.C. DPS Health Services Orientation Booklet

Case 5:24-ct-03006-M-RJ    Document 76-2    Filed 03/26/26    Page 2 of 3

cc

# CERTIFICATE OF SERVICE

I hereby Certify that, on this day, I have caused to be Served to the below named the foregoing Appendix via the DAC prison mail Service and the U.S. Postal Service, postage prepaid, addressed as follows:

Mr. Peter A. Moore, Jr., Clerk of Court
United States District Court
E.D.N.C.   W.D.
P.O.Box 25670
Raleigh,
N.C.   27611.

This the 21 day of March 2026.

Jon England
Johathan England #0702210
Plaintiff  prose
Alexander C.I
633 Old Landfill Rd.
Taylorsville,
N.C. 28681.