# Exhibit Cover Page

EXHIBIT NUMBER 1-v

