# Exhibit Cover Page

EXHIBIT NUMBER 1-X

Case 5:24-ct-03006-M-RJ    Document 76-5    Filed 03/26/26    Page 1 of 4





CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

