CC

England v. Onyia, et al, 5:24-CT-3006-M-RJ          Sun. 3/22/2026

Mr. Peter A Moore, Jr, Clerk of Court,

       I hope this letter finds you well sir. Enclosed is my Brief in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Opposing Statement of Material Facts, Appendix, Bates Documents and Exhibits. I have a question for you sir.
• Once you Scan all of my Exhibits and Documents can you please mail them back to me, So that I can Continue working on my Case? I'd also like to hang on to all of the Exhibits as they are "Originals" and will be needed for trial. I have recently Sent my Sister Ashley a letter and asked her to contact you, So that She could help me pay for the Cost of postage to mail my documents back to me if need be. Please let me know what I need to do in order to have all of the enclosed documents mailed back to me after the Court Scans them. Also, I will be mailing the defense attorney Clarence Turpin a letter tomorrow (3/23/26), and request that he Submit all four video files to the Court, as they are relevant to my case. I received attorney Turpin's Response in Opposition to Plaintiff's Motion to Compel on wednesday, March 18, 2026. Thank you for your time sir.

                                 Sincerely,

                                   Jon England

Jonathan David England #0702210

Alexander C.I. 633 Old Landfill Rd.
Taylorsville, N.C. 28681.