STATE OF NORTH CAROLINA
DEPARTMENT OF ADULT CORRECTION



Jonathan England
#0702210
Alexander C I
633 Old Landfill Rd.
Taylorsville, N.C.
28681.

**RECEIVED**

MAR 2 6 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

MAILED FROM
ALEXANDER CORRECTIONAL INSTITUTION

Mr. Peter A. Moore, Jr., Clerk
United States District Court E.D.N.C

P. O. Box 25670

Case 5:24-ct-03006-M-RJ     Document 76-7     Filed 03/26/26     Page 1 of 2

Legal Mail

Prison Mailbox On Sunday, March 22, 2