CC

England v. Onyia, et al., 5:24-CT-3006-M-RJ _____ Mailed: 3/25/2026

Mr. Peter A. Moore, Jr., Clerk of Court,

          I hope this letter finds you well.
I am writing in regards to the above-captioned case. At the time I filed this action I did not know the five Defendants true identities. Defendant McCourt's name tag on his uniform is spelled "McCort", and Defendant Onyia's name tag on his uniform is spelled "Oniya". That said, please correct the spelling on the Civil docket to show the five Defendants true identities listed below. Thank you for your time Sir.

Sincerely,

*Jon England* (signature)

#0702210
Jonathan England
Alexander CI
633 Old Landfill Rd.
Taylorsville, N.C.
28681.

- Shon E. McCourt

- Darnell L. Windley

- Joel L. Osborne

- Robin C. Miller

- Okechukwu Michael Onyia