IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

| | | |
|---|---|---|
| JONATHAN DAVID ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| v. | ) | **TO REPLY** |
| | ) | |
| O. ONIYA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Onyia, Windley, Osborne, McCourt, and Miller ("Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully request an additional two (2) day extension of time to file a reply to Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment [D.E. 76], up through and including April 20, 2026. In support of this Motion, Defendants show the following:

1. On January 9, 2024, Plaintiff Jonathan David England filed a Complaint in this action. [D.E. 1].

2. On September 27, 2024, the Court completed its frivolity review in which it dismissed some of Plaintiff's claims and retained others in the individual capacities of each of the above-referenced defendants. [D.E. 14].

3. On October 25, 2025, Plaintiff filed a motion to amend his Complaint. [D.E. 18].

4.      On November 26, 2024, Waivers of Service were filed for Defendants Onyia, Windley, Osborne and McCourt. [D.E. 19].

5.      On December 4, 2024, the Court granted Plaintiff's motion to amend, adding Nurse Miller as a Defendant. [D.E. 20].

6.      On January 31, 2025, a Waiver of Service was filed for Defendant Nurse Miller. [D.E. 28].

7.      On February 26, 2025, after obtaining two extensions, Defendants filed their Answer. [D.E. 23, 26, 33].

8.      On February 27, 2025, the Court issued a Scheduling Order requiring discovery to be completed by June 27, 2025, and dispositive motions to be filed by July 28, 2025. [D.E. 34].

9.      On March 4, 2025, Sunny Frothingham, attorney with NC Prison Legal Services filed a Notice of Appearance for the limited purpose of assisting Plaintiff with discovery. [D.E. 35].

10.     On June 24, 2025, Plaintiff's counsel filed a motion to extend deadlines. [D.E. 45]. The Court granted the discovery deadline to August 26, 2025, and motions deadline to September 25, 2025. [D.E. 47].

11. On August 25, 2025, Defendants filed a motion to extend deadlines. [D.E. 50]. The Court granted the discovery deadline through September 25, 2025, and the dispositive motions deadline through October 25, 2025. [D.E. 51].

12. On September 25, 2025, counsel for Plaintiff filed a consent motion to extend deadlines. [D.E. 52]. The Court granted the discovery deadline through November 10, 2025, and the dispositive motions deadline through December 11, 2025. [D.E. 53].

13. On October 8, 2025, after discovery was complete, Plaintiff's counsel filed a withdrawal of representation. [D.E. 54].

14. On February 2, 2026, after obtaining two extensions of time, Defendants filed their motion for summary judgment. [D.E. 59, 61, 63].

15. On March 26, 2026, after obtaining an extension to respond, Plaintiff filed his Brief in Opposition to Defendants' Motion for Summary Judgment. [D.E. 76].

16. On April 9, 2026, Defendants filed a motion for extension of time to reply to Plaintiff's brief, which the Court granted through April 16, 2026. [D.E. 78, 79].

17. Rule 6(b)(A) of the Federal Rules of Civil Procedure provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . ." Fed. R. Civ. P. 6(b)(A).

18. Undersigned counsel has been preparing for a hearing in the Office of Administrative Hearings that began on April 9, 2026, resumed, and concluded today April 16, 2026. Due to this and other competing deadlines in Federal Court, undersigned counsel request additional time to be able to adequately and efficiently finish Defendants' reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment. Additionally, Plaintiff's brief and supporting documents total approximately 350 pages in length.

19. This request is made in good faith, and not for any improper purpose.

20. The deadline to reply has not yet expired.

21. Defendants do not anticipate requesting any additional extensions for this reply.

22. After the completion of discovery, Attorney Frothingham withdrew as Plaintiff's counsel, and undersigned counsel has not contacted Plaintiff about an extension. However, Defendants do not believe that Plaintiff will be prejudiced by an extension for this matter.

WHEREFORE, for the reasons set forth above, and for good cause shown, Defendants respectfully request that the Court grant them an additional seven (2) day extension of time to reply to Plaintiff's Brief in Opposition [D.E. 76] up through and including April 20, 2026.

This the 16th day of April 2026.

JEFF JACKSON
ATTORNEY GENERAL

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail:  cturpin@ncdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on this day, I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Jonathan England
OPUS 0702210
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681
PRO SE

This the 16th day of April 2026.

<u>/s/ Clarence Turpin, V</u>
Clarence Turpin, V
Assistant Attorney General