IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

JONATHAN DAVID ENGLAND, )
)
Plaintiff, )
) **ORDER**
v. )
)
O. ONIYA, et al., )
)
Defendants. )

THIS MATTER is before the Court on the Motion of Defendants for the purpose

of securing a two (2) day extension of time to reply to Plaintiff's Brief in Opposition [D.E.

76] up through and including April 20, 2026.

It appearing that good cause exists for this Motion, and that the current deadline

to reply has not yet expired,

IT IS HEREBY ORDERED that the Motion shall be allowed, and that Defendants

shall have up to and including, April 20, 2026, to reply to Plaintiff's Brief in Opposition

[D.E. 76].

This the 17th day of April, 2026.

/s/ Peter A. Moore, Jr.
_____
Peter A. Moore, Jr.