IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

| | | |
|---|---|---|
| JONATHAN DAVID ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS MOTION FOR LEAVE** |
| v. | ) | **TO FILE VIDEO EXHIBITS** |
| | ) | **MANUALLY** |
| O. ONIYA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Onyia, Windley, Osborne, McCourt and Miller ("Defendants"), through undersigned counsel, Assistant Attorney General Clarence Turpin, V, and hereby move this court for an order allowing leave to file exhibits manually in support of Defendants' Reply to Defendant's Brief in Opposition [D.E. 82], and additionally, as requested in Plaintiff's Motion to Compel Defendants to Produce Video Obtained in Discovery [D.E. 73] and referenced within his Brief in Opposition [D.E. 76], and state as follows:

In this case, the incarcerated Plaintiff alleges that Defendants used excessive force against Plaintiff on December 21, 2022, and February 23, 2023.

Defendants filed their Motion for Summary Judgment on February 2, 2026. In support of their motion, Defendants further filed a Memorandum of Law with attached declarations and exhibits. The supporting materials to Defendants' Motion for Summary Judgment included an Incident Report with related video recordings from November 28, 2022, December 21, 2022, and February 23, 2023, retained from the date of the alleged incident in question. These videos depict additional recordings in response to the use of force which Plaintiff alleges excessive force was

used giving rise to Plaintiff's claims. It supports that any force used by Defendants was reasonably applied in a good faith effort to maintain control of a combative and assaultive inmate.

On February 23, 2026, Plaintiff filed a Motion to Compel Defendants to Produce Video Obtained in Discovery. [D.E. 73]. In his motion, Plaintiff identifies the following videos which he received in discovery:

- **SQ #3100-22-782** (dated November 28, 2022)

- **SQ #3100-22-1198** (December 21, 2022) *previously provided to the Court*

- **SQ #3100-22-1160** (December 21, 2022) [*see* D.E. 82 at ¶ 10][1]

- **SQ #3100-23-177** (February 23, 2023)

Defendants initially responded to this motion without objecting to provide the requested videos to the Court, upon request. [D.E. 75]. Plaintiff has since filed his Brief in Opposition wherein he again references some of these videos. [D.E. 76]. In Defendants' Reply [D.E. 82], Defendants also reference additional video which provides footage from December 21, 2022, of the hallways within the facility (#1160). Defendants did not initially reference this video in their motion for summary judgment, as neither the use of force nor any named defendant was depicted; however, in light of Plaintiff's brief in opposition, Defendants now provide this video, and the remaining requested videos, to the Court for review.

WHEREFORE, Defendants move this court for an order to allow video exhibits to be manually filed.

---

[1] Video SQ #3100-22-1160 contains multiple camera views within this file. Please refer to D.E. 82 for specific timeframes that relate to these allegations.

This the 21st day of April 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail:  cturpin@ncdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

   Jonathan England
   OPUS 0702210
   Alexander Correctional Institution
   633 Old Landfill Rd.
   Taylorsville, NC 28681
   PRO SE

This the 21st day of April 2026.

           /s/ Clarence Turpin, V
           Clarence Turpin, V
           Assistant Attorney General