IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

JONATHAN DAVID ENGLAND, )
)
Plaintiff, )
) **DEFENDANTS' RESPONSE TO**
v. ) **PLAINTIFF'S MOTION TO COMPEL**
)
O. ONIYA, et al., )
)
Defendants. )

NOW COME Defendants, by and through undersigned counsel, and respond to

Plaintiff's Motion to Compel Defendants, and provide the following:

1. On May 18, 2026, Plaintiff filed his motion to compel defendants to provide four

(4) video camera footage files to the Court on his behalf, which are videos Defendants

produced to him in discovery. [D.E. 85].

2. Prior to this, on April 21, 2026, undersigned counsel electronically filed

Defendants' Motion for Leave to File Video Exhibits Manually with the Clerk of the Court

utilizing the CM/ECF system. [D.E. 83].

3. Also on April 21, 2026, undersigned counsel's office mailed a USB flash drive to

the Court containing the four (4) video camera footage files.

Defendants have provided the videos identified by Plaintiff, therefore, his Motion to Compel is moot and should be denied.

This the 1st day of June 2026.

JEFF JACKSON
ATTORNEY GENERAL

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail:  cturpin@ncdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

> Jonathan David England
> 0702210
> Alexander Correctional Institution

This the 1st day of June 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 53926
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone:   (919) 716-6431
Facsimile:   (919) 716-6761
E-mail:      cturpin@ncdoj.gov

3

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, I electronically filed the **NOTICE OF APPEARANCE** with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

> Jonathan David England
> 0702210
> Marion Correctional Institution
> 355 Old Glenwood Road
> Marion, NC 28752

This the 26th day of February 2025.

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General

4