cc

FILED

JUN 11 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY
DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3006-M-RJ

| | |
|---|---|
| JONATHAN DAVID ENGLAND, Plaintiff, | MOTION TO COMPEL |
| v. | |
| OKECHUKWU M. ONYIA, et al., Defendants. | |

NOW COMES Plaintiff Jonathan England ("Plaintiff"), pro se, and respectfully requests that the Court order Central Prisons Warden, Jamel James, to turn over to the Court the DVD's of both use of Force incidents that took place @ Central Prison in 2022 and 2023 This is the Use of Force by defendants Onyia, Windley, and Osborne. the took place at Central Prison on December 21rst 2022, between 7:20 an and 7:45am on the upper level of Unit 1 in housing block BC-2B &A Showing the three defendants using force on the handcuffed plaintiff. This video should be of the two (2) wall mount cameras which gives two (2 seperate camera views to include a view from the camera above the control booth, and the view from the shower side camera, showing cell BU-206. The Second Use of Force took place on 'Februa

Case 5:24-ct-03006-M-RJ   Document 89   Filed 06/11/26   Page 1 of 3

2

housing block BC - 2B EAST showing defendant McCourt spraying Plaintiff with "OC" pepper spray. This video footage should be of the two wall mount cameras which gives two seperate camera views of Cell BU-206 to include a view from the camera above the Control booth, and from the Shower Side Camera.

Plaintiff further requests that the Court order Secretary of Corrections, Leslie Cooley-Dismukes, to turn over the Master tape ledger of both of the above mentioned Use of Force incidents that took place at Central Prison, to the Court, so that the Court can review this video footage. This video is relevant to this action.

Plaintiff further states that according to Department of Adult Correction Use of Force Policy and Procedures Section. 1507 (e) Video Tape Records Maintenance and Use: (2) "All video tape recordings of use of force incidents will be transcribed to a master video, documented on a Master tape ledger, and maintained for five (5) years. No master tape will be disposed of without consultation with the Attorney General's Office to determine if the tape should be preserved for litigation purposes."

Central Prison Standard Operating Procedures for Use of Force Chapter: 4 Section: . 1111 &. ..."Unanticipated uses of force incidents that occur in areas of the institutiony that have recordable cameras will have a DVD made of the incident."

Respectfully Submitted June 5, 2026.                    Sincerely,

Jon. England

, Jonathan England, Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, I mailed the foregoing documents to the following person, first-class United States Mail, postage prepaid, addressed as follows:

Mr. Peter A. Moore, Jr., Clerk of Court
U.S. Dist. Ct. E.D.N.C. W.D.
P.O. Box 25670
Raleigh, N.C.
27611.

This the 5th day of June, 2026.

Jon England
Jonathan England
#0702210 pro se
Alexander C.I.
633 Old Landfill Rd.
Taylorsville, N.C.
28681.