CC

Re: England v. Onyia, et al. No. 5:24-ct-03006-M-RJ      Fri. 6/19/2026

Chief Judge Richard E. Myers, II,

I hope this letter finds you well sir. I am writing in regards to the above-captioned case. I need to bring something to your attention Sir in regards to relevant video footage. One of my Claims is for the unnecessary use of excessive force on me at Central Prison on Wednesday December 21, 2022. There are two (2) wall mount Security cameras inside of the housing unit where I was beaten by three guards Onyia, Windley, and Osborne while I was handcuffed behind my back. Because there are two cameras inside of the housing unit there is two Seperate camera views of the cell where I was beaten. During the discovery phase I requested video footage of both of these cameras during the time of the beating. Defendant's first provided a video that was 10 or 11 minutes long, but only the first minute was viewable before the program crashes. After the first set of discovery requests defendants gave me Video File SQ#3100-22-1160-December 21, 2022, which starts at time Stamp 7:24:56 am and ends at time stamp 7:35:18 am, and is Camera view C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B. This camera view Shows the three defendants violently Shoving me into cell 206, as soon as they were able to get the cell door opened, and then me limping out of the cell a minute later, with my torso extremely red all over, from where they punched me repeatedly while inside the cell. This is the "Short" version of the attack which begins at time stamp 7:24:56 am with the defendants standing in front of my cell door. This Camera view is extremely important to my case sir. I watched this video during discovery and thats how I am able to verify what it shows. December 21, 202_

_there are other camera views of the hallways and lobby outside of the_

cc

housing block where I was beaten. what I seen last year during discovery was video Footage from four Seperate cameras out in the hallway/lobby, giving four different camera views. I have no way of Knowing what "camera views" defendant's have sent to the Court. But what I do know is that defendants, and their attorney, can not be trusted to do the right thing, as they have done nothing but lie, deny, and attempt to shift blame throughout this action, so to dodge liability in this suit. This is how video File SQ#3100-22-1160-December 21, 2022, was presented to me last year on October 3rd, 2025, when I was able to review this particular video File.

Camera Views within Video File SQ#3100-22-1160-December 22, 2022

* C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B (which Starts at time Stamp 7:24:59 am and ends at the 7:35:18am Mark.)

* C76 MSB UNIT 1 - 2B LOBBY View East (which starts at time Stamp 7:24:58am and ends at the 7:35:18am mark.)

* C77 MSB UNIT 1-2B LOBBY View West (which starts at time Stamp 7:24:58am and ends at the 7:35:18am Mark.)

* C78 MSB UNIT 1- 2A LOBBY View East (which starts at time Stamp 7:24:56am and ends at the 7:35:18am Mark.)

* C79 MSB UNIT 1-2A LOBBY View West (which start at time Stamp 7:24:57 am and ends at the 7:35:18 am mark.)

cc

I am pretty sure that defendant are withholding camera view C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B (7:24:59 AM to 7:35:18 AM) from the Court. And once you review this particular camera view you'll see why. I'm sure of it sir.

Here's why I believe this camera view has not been sent to the Court.

If you go back to Defendants Motion For Leave To File Video Exhibit Manually [D.E. 69] they filed on 02/03/2026 at about 3/4 of the way down on Page 1, defense attorney Clarence Turpin says "The Supporting materials to Defendant's Motion for Summary Judgment include an Incident Report with related video recording from December 21, 2022, retained from the date of the alleged incident in question. The Video depicts the only available recording in response to the use of force which Plaintiff alleges excessive force was used giving rise to Plaintiff's Claim."

Turning now to Page 2 at the top of the page attorney Clarence Turpin say "WHEREFORE, Defendants move this Court for an order to allow a video exhibit to be manually filed. This the 3rd day of February 2026"

Attorney Clarence Turpin was referring to Video File SQ#3100-22-1198 - December 21, 2022, Camera View C115 (or C117?) MSB UNIT 1 EAST SIDE/CONTROL BOOTH BC-2B (which starts at time stamp 7:23:55 am and ends at the 7:40:02 am mark.) This is the "longer" versio of the attack. But I also point out that there appears to be 10 minutes and 17 seconds missing or edited from this particular video File

cc

Here's why I say that.

- Video File SQ#3100-22-1198-December 21, 2022, starts at time Stamp 7:23:55 am and runs to time Stamp 7:24:59 am at which time this video Stops, and portions of the video File SQ#3100-22-1160-December 21, 2022, starts and runs to the 7:35:18am time Stamp at which time the SQ#3100-22-1160 video Stops, and the SQ#3100-22-1198 video resumes, and then the video ends at time Stamp 7:40:02 am.

    In other words, defendant's intentionally took portions from one Camera and added it to the second camera view in order to edit out the events Just _before_, _during_, and _immediately_ after the beating.

    (CAM. 1) Camera 1 ——→ Portions added to → (CAM. 2) Camera 2

SQ#3100-22-1160-Dec. 21, 2022          SQ#3100-22-1198-Dec. 21, 202

Took some of the "1160" video that does _not_ show the attack/beating an added to the "1198" video, in order to edit footage, in an attempt to try and deceive the Court. *Please keep in mind there are two (2) wall mount Security cameras inside of the housing block where I was beaten. Giving us two seperate Camera views of the attack.

Case 5:24-ct-03046-M-RJ   Document 90   Filed 06/25/26   Page 4 of 10

Sir i'm no attorney. But I do have an eye for detail. And I can assure you I am __not__ wasting your time bringing this to your attention.

my allegations are further verified by the documents that I mailed to the Court on Tuesday, May 19th, 2026, (which the Court probably received 5 to 7 days later. Sorry but I do not have a current copy of the docket). Not sure the docket entry number, but its the eight (8) pages of documents showing all of the relevant video file Names, Camera views, descriptions, time stamps, etc.

Sir as we know, USB Flash Drives are easy to manipulate. Camera views are easily added to, or taken out of video files on a USB flash drive.

To ensure the Court receives complete, unedited versions, of the December 21, 2022, beating at Central Prison, I asked that you please order Central Prison Warden, Jamel James, to turn over the DVD's to the Court showing the defendants Onyia, Windley, and Osborne using unnecssary excessive force on me. Both Central Prison Standard Operating Procedures for Use of Force. Chapter: 4 Section. 111 E. and Central Prison Video Retention Policy & Procedures states that __all__ use of force incidents that occur in areas of the institution that have recordable cameras will have a DVD made of the incident.

I further request that you please order Secretary of Corrections, Leslie Cooley-Dismukes, to turn over the Master tape ledger of the Use of Force, to the Court for review, of the December 21, 2022, attack on Prison. To ensure that

cc

Sir, here is another reason I believe defendants, and their attorney, are withholding video Camera view C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B (time stamp 7:24:59 am to 7:35:18 am) from the Court.

• If you go back to Defendants "Second" Motion For Leave To File Video Exhibit Manually [D.E. 83] defendant's filed on 04/21/2026 at about 3/4 of the way down on Page 2, defense attorney Clarence Turpin Says

... "Defendants also reference additional video which provides footage from December 21, 2022, of the hallways within the facility (#1160). Defendants did not initially reference this video in their motion for Summary Judgment, as neither the use of force nor any named defendant was depicted; however, in light of Plaintiff's brief in opposition, Defendants now provide this video, and the remaining requested videos, to the Court for review. WHEREFORE, Defendants move this Court for an Order to allow video exhibits to be Manually filed."

First, attorney Clarence Turpin only references footage from December 21 2022, of the hallways within the facility pointing to the #1160 video. Second, attorney Turpin Says the use of force was not seen in the

Case 5:24-ct-02006-M Document 90 Filed 06/25/26 Page 6 of 19

#1160 video. Third the attorney Turpin Says none of the named defendants

CC

are depicted within the #1160 Video file.

Camera View "C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B" that **was** within the #1160 Video File when I reviwed this video File last October 3rd, 2025, clearly showed both the use of Force attack, and, the three defendants' Onyia, Windley, and Osborne. This Camera View begins at time stamp 7:24:59am with Windley standing directly in front of cell 206 smileing and waving at the other guards down below on the lower tier, as Oniyia and Osborne handcuff me behind my back through the food passage trap door, at which time they pulled me backwards through trap door until my feet came all the way off of the floor. Then, once the cell door opens, the three defendants violently shove me into cell 206. A minute later I come limping out of my cell, favoring my right leg, and I am red as an apple all over. The MRI I had shows that the defendants tore my quadriceps muscle and ACL in my right leg. This particular Camera View really weighs in my favor.

One last reason I believe this "Camera View" is being withheld from the Court.

If you go back to Defendants' Reply To Plaintiff's Brief In Opposition [D.E. 82] defendants' filed on 04/20/2026 and go to Page 3 defense attorney Clarence Turpin V. Says "video footage shows that Plaintiff was not limping... Additional footage provided ("to be filed manually per Plaintiff's request) shows Plaintiff walking easily, without a limp, and no support ................"

cc

i. SQ-3100-22-1160; C79 MSB UNIT 1-2A Lobby view West beginning at 07:34:45.

ii. SQ-3100-22-1160; C78 MSB UNIT 1-2A Lobby view East beginning at 07:34:39.

iii. SQ-3100-22-1160; C77 MSB UNIT 1-2B Lobby view West beginning at 07:30:25.

iv. SQ-3100-22-1160; C76 MSB UNIT 1-2B Lobby view East beginning at 07:30:25.

Here again there is <u>NO</u> mention of SQ-3100-22-1160; C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B beginning at 07:24:56, and ending at 07:35:18.

## <u>CONCLUSION</u>

Sir I honestly believe defendant's, and their attorney, are withholding the SQ-3100-22-1160; C116 MSB UNIT 1 EAST SIDE/SHOWER BC-2B video from the Court. And sent the Court SQ-3100-22-1198 which appears to have ten (10) minutes and Seventeen (17) seconds edited out, and replaced it with portions of the SQ-3100-22-1160; C116 MS UNIT 1 EAST

cc

above the officers Control booth exists. There are two Seperate Camera views of the attack, as there are two Seperate Cameras in the block where I was beaten. And from my position, Confined to a prison cell at Alexander CI, I have no way of knowing what "Camera views" within what Video Files have or have not been Sent to the Court for review. What I do know is, the defendants, and their attorney, will stop at nothing to try and dodge liability in this Suit. Further, if my allegations prove to be true, and it is found out, that defendants have acted in bad faith, and intentionally edited some of the Video, Plaintiff respectfully requests the Court impose Sanctions for Spoliation of evidence.

Defendants First Motion For Leave To File Video Exhibit Manually [D.E. 69] filed on 02/03/2026 at about 3/4 of the way down on Page 1, defense attorney Clarence Turpin, V, States " The Video depicts the only available recording in response to the Use of force which Plaintiff alleges excessive force was used giving rise to Plaintiff's Claim." This is disproven due to the fact that there are two Seperate Cameras in that particular housing block giving two Seperate Views of the front of the Cell where I was beaten. Again, I viewed both Camera Views last year on October 3, 2025, during the discovery phase. Central Prison Warden, Jamel James, has the DVD of the attack showing both unedited Camera Views. This per Central Prison Standard Operating Procedures. And Secretary of Corrections, Leslie Cooley-Dismukes, can provide the Master tape ledger to the Court for review. Thank you for your time Sir.                    Sincerely,

Respectfully

Case 5:24-ct-03006-M-RJ   Document 90   Filed 06/25/26   Page 9 of 10

England

cc

CERTIFICATE OF SERVICE

I hereby certify that, on this day, I mailed the foregoing documents to the following person, first-class United States Mail, postage prepaid, addressed as follows:

Chief Judge Richard E. Myers, II
U. S. Dist. Ct. E.D.N.C. W.D.
P.O. Box 25670
Raleigh, N.C.
27611.

This the 19th day of June, 2026.

Jon England
Jonathan England
#0702210 Pro se
Alexander C.I
633 Old Landfill Rd.
Taylorsville, N.C.
28681.