IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3006-M-RJ

| | | |
|---|---|---|
| JONATHAN DAVID ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| v. | ) | **OF COUNSEL** |
| | ) | |
| O. ONIYA, et al., | ) | Local Civ. R. 5.2(c) |
| | ) | |
| Defendants. | ) | |

Special Deputy Attorney General Terence Steed hereby gives notice of his substitution as counsel for Defendants Okechukwu Onyia, Darnell Windley, Joel Osborne, Shon McCourt, and Robin Miller ("Defendants"), pursuant to Local Civil Rule 5.2(c), and provides notice to the Plaintiff and this Court that there has been a substitution of counsel in this case.

Terence Steed is hereby being substituted as counsel for Defendants in place of Clarence Turpin, V., who has accepted a position outside of the N.C. Department of Justice. Undersigned counsel is aware of, and will comply with, all pending deadlines including proceedings with any scheduled trial or hearings.

This the 28th day of July 2026.

<div style="margin-left: 50%;">

**JEFF JACKSON**
**Attorney General**

/s/Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761
E-mail:  tsteed@ncdoj.gov

</div>

<h1 style="text-align:center;"><u>CERTIFICATE OF SERVICE</u></h1>

I hereby certify that on this day, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court utilizing the CM/ECF system. I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

> Jonathan David England
> 0702210
> Alexander Correctional Institution
> 633 Old Landfill Rd.
> Taylorsville, NC 28681
> PRO SE

This the 28th day of July 2026.

/s/Terence Steed
Terence Steed
Special Deputy Attorney General

3